

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00199-CR

| | | |
|---|---|---|
| ROLAND CHRISTOPHER REED, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13698) |
| V. | § | December 31, 2018 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete $45 from the total costs assessed, and we likewise modify the bill of costs and the order to withdraw funds to delete $45 of the total costs and fines assessed, reducing the total costs and fines to $10,464. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM